JEFFREY H. BAIRD, OSB #932058
Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA   98383
Telephone: (360) 329-6968
FAX: (360) 329-6968
jeffreyhbaird@comcast.net

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| LEAH E. BROADBENT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:14-CV-00098-HA<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ordered that attorney fees in the amount of $5,617.49 and expenses in the amount of $21.57, for a total of $5,639.06, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The checks for EAJA fees and costs shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA, 98383.

Page 1    ORDER – [2:14-CV-00098-HA]

1  ///

2  ///

3  ///

4

5      IT IS SO ORDERED.

        Dated this __20th____ day of __February_____ 2014.
6

7                                  /s/Michael W. Mosman
                                  _____
                                  UNITED STATES JUDGE
8

9
   Presented by:
10
   JEFFREY H. BAIRD, OSB #932058
11 Dellert Baird Law Offices, PLLC
   P.O. Box 3757
12 Silverdale, WA   98383
   Telephone:  (360) 329-6968
13 FAX:  (360) 329-6968
   jeffreyhbaird@comcast.net
14
   Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

Page 2      ORDER – [2:14-CV-00098-HA]