IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

LEAH BROADBENT,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Civil No. 2:14-CV-0098-HA

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)

After considering Plaintiff's motion and supporting documents, and Defendant's non-opposition, it is hereby ORDERED that attorney's fees in the amount of $16,025.00 be awarded to Plaintiff's counsel, pursuant to 42 U.S.C. § 406(b). It is further Ordered that any funds still being withheld following payment of these fees be released to Plaintiff.

IT IS SO ORDERED.

DATED this 31st day of July, 2020.

MICHAEL W. MOSMAN
United States District Judge

Page 1    ORDER